IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRADUATE STUDENTS FOR ACADEMIC FREEDOM, INC., on behalf of its members,<br><br>*Plaintiff,*<br>v.<br><br>UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA, and UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA LOCAL 1103 – GRADUATE STUDENTS UNITED AT THE UNIVERSITY OF CHICAGO,<br><br>*Defendants.* | Case No. 1:24-cv-6143 |

**STATEMENT REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

On July 22, 2024, Plaintiff filed a complaint against the Defendants, seeking relief under the First Amendment. Counsel for Defendants have not yet appeared. Given Plaintiff's request for a ruling on this motion for a preliminary injunction by September 30, 2024—as well as its request for expedited oral argument—Plaintiff is filing this motion now, so that both the Court and opposing counsel are made aware of it as soon as possible. As described in the Certificate of Service below, Plaintiff will contact prior counsel in an effort to serve Defendants immediately.

Pursuant to this Court's motions policy, Plaintiff proposes the following briefing schedule, which is consistent with general default deadlines: Any answering brief should be due 14 days after Defendants receive Plaintiff's motion and supporting

memorandum; and any reply brief should be due 7 days after Defendants submit their answering brief(s). *Cf.* LCR 47.1

Dated: July 22, 2024                                            Respectfully submitted,

/s/ *Jonathan M. Linas*
Jonathan M. Linas
(IL ARDC 6290055)
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
jlinas@jonesday.com

Brett A. Shumate*
Harry S. Graver*
Riley W. Walters*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
bshumate@jonesday.com
hgraver@jonesday.com
rwalters@jonesday.com

* Pro hac vice applications forthcoming

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I filed this Statement with the Court via ECF. Because Defendants have not yet entered an appearance, I will attempt to serve the foregoing by process server on July 22, 2024, unless Defendants' counsel agree to service by email. I have also notified counsel who have represented UE in other cases in this district of the filing of the underlying complaint and the motion for a preliminary injunction. I will both email and mail a copy of the motion, the memorandum in support of this motion, and all attachments to that counsel.

Dated: July 22, 2024                                    */s/Jonathan M. Linas*
                                                        Jonathan M. Linas

                                                        *Counsel for Plaintiff*